# EXHIBIT 36

**COMPARISON OF THE RENTAL PAYMENTS IN THE OLD AND NEW LEASES BETWEEN FORMATION CAPITAL AND HEALTH AND HOSPITAL CORPORATION**

| July 2015 Lease Agreements | | Feb. 2016 Lease Agreements | | Difference |
|---|---|---|---|---|
| Year | Amount | Year | Amount | Amount |
| **Walker Dunlop Facilities** | | | | |
| 7/1/2015 | $8,570,979.38 | 2/15/2016* | $7,453,025.54 | $1,117,953.84 |
| 7/1/2016 | $8,783,922.96 | 7/1/2016 | $8,517,743.48 | $266,179.48 |
| 7/1/2017 | $8,996,866.55 | 7/1/2017 | $8,730,687.07 | $266,179.48 |
| 7/1/2018 | $9,215,133.73 | 7/1/2018 | $8,948,954.25 | $266,179.48 |
| 7/1/2019 | $9,438,857.58 | 7/1/2019 | $9,172,678.10 | $266,179.48 |
| 7/1/2020 | $9,401,991.73 | 7/1/2020 | $9,401,991.73 | - |
| **Non-HUD Facilities** | | | | |
| 7/1/2015 | $5,529,965.80 | 2/15/2016* | $4,808,665.92 | $721,299.88 |
| 7/1/2016 | $5,667,356.26 | 7/1/2016 | $5,495,618.19 | $171,738.07 |
| 7/1/2017 | $5,804,746.71 | 7/1/2017 | $5,633,008.64 | $171,738.07 |
| 7/1/2018 | $5,945,571.93 | 7/1/2018 | $5,773,833.86 | $171,738.07 |
| 7/1/2019 | $6,089,917.78 | 7/1/2019 | $5,918,179.71 | $171,738.07 |
| 7/1/2020 | $6,066,132.05 | 7/1/2020 | $6,066,132.05 | - |
| **Zeigler Facilities** | | | | |
| 7/1/2015 | $1,999,054.82 | 2/15/2016* | $1,738,308.54 | $260,746.28 |
| 7/1/2016 | $2,048,720.78 | 7/1/2016 | $1,986,638.33 | $62,082.45 |
| 7/1/2017 | $2,098,386.74 | 7/1/2017 | $2,036,304.29 | $62,082.45 |
| 7/1/2018 | $2,149,294.34 | 7/1/2018 | $2,087,211.89 | $62,082.45 |
| 7/1/2019 | $2,201,474.64 | 7/1/2019 | $2,139,392.19 | $62,082.45 |
| 7/1/2020 | $2,192,876.22 | 7/1/2020 | $2,192,876.22 | - |
| **All Facilities Total** | | | | |
| 7/1/2015 | $16,100,000.00 | 2/15/2016* | $14,000,000.00 | $2,100,000.00 |
| 7/1/2016 | $16,500,000.00 | 7/1/2016 | $16,000,000.00 | $500,000.00 |
| 7/1/2017 | $16,900,000.00 | 7/1/2017 | $16,400,000.00 | $500,000.00 |
| 7/1/2018 | $17,310,000.00 | 7/1/2018 | $16,810,000.00 | $500,000.00 |
| 7/1/2019 | $17,730,250.00 | 7/1/2019 | $17,230,250.00 | $500,000.00 |
| 7/1/2020 | $17,661,000.00 | 7/1/2020 | $17,661,000.00 | - |

Total Difference Between the Old and New Leases for All Facilities: **$4,100,000.00**

Comments: Entries marked with an * represent amounts annualized.
The preceding numbers were taken from the lease agreements described above and verified against available Health and Hospital Corporation cost reports.